JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KELLER, | CV 21-8798 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SAMUEL MADRID, THE CURVE @ WEST ANGELES, and WEST HOUSING PARTNERS, LP, | |
| Defendants. | |

Pursuant to the Court's December 10, 2021 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 10, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE